UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-10457-RGS

REGINALD BUTLER,
Petitioner

v.

STEVEN O'BRIEN,
Respondent

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

August 8, 2017

STEARNS, D.J.

I agree with Magistrate Judge Kelley's determination that petitioner has filed an unauthorized "second and successive" petition[1] over which this court has no jurisdiction. Consequently, her Recommendation is <u>ADOPTED</u> and the petition is <u>DISMISSED</u> with prejudice.[2] Any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 is <u>DENIED</u>, the court seeing no meritorious or substantial basis supporting an appeal. The Clerk is instructed to close the case.

---

[1] The Magistrate Judge persuasively identifies *Burton v. Stewart*, 549 U.S. 147 (2007), among other sources, as a controlling precedent.

[2] Petitioner has not filed an Objection to the Report.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE